# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

Clifford W. Taylor,
Chief Justice

135518

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MATTHEW JOSEPH CREHAN,
       Plaintiff/ Counter Defendant-
       Appellant,

v

DAVID E. BANCROFT and ROGER
NIELSEN,
       Defendants/Counter Plaintiffs/
       Third Party Plaintiffs-Appellees

and

OCEANA SHORES PROPERTY OWNERS
ASSOCIATION,
       Third Party Defendant-Not
       Participating.

SC: 135518
COA: 268027
Oceana CC: 03-004157-CH

_____/

On order of the Court, the application for leave to appeal the September 6, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

l0317